UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:05-CR-117-1-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| CHRISTOPHER ALLEN GIBSON, | ) | |
| Defendant. | ) | |

The defendant's Motion to Sequester Witnesses [DE-29] is ALLOWED.

SO ORDERED.

This the 28th day of February, 2006.

_____
JAMES C. FOX
Senior United States District Judge