UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:05-CR-117-F

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | ORDER |
| ) | AMENDING JUDGMENT |
| ) | |
| CHRISTOPHER ALLEN GIBSON, ) | |
| Defendant. ) | |

This matter came before the court on July 17, 2007, on motion of the Government for a reduction in the defendant's previously imposed sentence, pursuant to Rule 35(b), FED. R. CRIM P., due to his substantial assistance to law enforcement authorities. *See* [DE-43]. The Government's motion is ALLOWED, and this court's Judgment of July 3, 2006 [DE-42] is MODIFIED as follows:

By **deleting** therefrom at page 2 of 6, the imprisonment term of 228 months, consisting of 168 months on Count 1 and 60 months on Count 2 to run consecutive to the sentence imposed on Count 1, and **inserting** in lieu thereof a term of **171 months** imprisonment, consisting of 111 months on Count 1 and 60 months on Count 2 to run consecutive to the sentence imposed on Count 1. Except as herein modified, the Judgment of this court in all respects, is RATIFIED as entered.

SO ORDERED.

This the 17th day of July, 2007.

JAMES C. FOX
Senior United States District Judge