## UNITED STATES DISTRICT COURT
### for the
### EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Christopher Allen Gibson            Docket No. 7:05-CR-117-1F

### Petition for Action on Supervised Release

COMES NOW J. Brock Knight, Supervising U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Christopher Allen Gibson , who, upon an earlier plea of guilty to 21 U.S.C. § 846, Conspiracy to Distribute and Possess With Intent to Distribute More Than 500 Grams of Cocaine, More Than 50 Grams of Cocaine Base (Crack), and an Opium Derivative, and 18 U.S.C. § 924(c)(1)(A), Carry a Firearm During and in Relation to a Drug Trafficking Crime and Possess Firearm in Furtherance of Said Drug Trafficking Crime, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge on July 3, 2006, to the custody of the Bureau of Prisons for a term of 228 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years. On July 17, 2007, pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure, the term of imprisonment was reduced to 171 months. On April 23, 2009, pursuant to 18 U.S.C. § 3582(c)(2), the term of imprisonment was reduced to 149 months. Lastly, on April 14, 2015, pursuant to 18 U.S.C. § 3582(c)(2), the term of imprisonment was reduced to 131 months.

Christopher Allen Gibson was released from custody on October 30, 2015, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On October 31, 2015, the defendant was arrested in Brunswick County, North Carolina, and charged with the misdemeanor offenses of Driving While Impaired and Fail to Secure Passenger Under 16 (15CR55379). The charges are pending adjudication in Brunswick County District Court. The defendant submitted to a breath test after the alleged incident and his blood alcohol content was documented as .10. When this officer confronted the defendant about the alleged criminal conduct, he admitted that he operated a motor vehicle after consuming one long island iced tea and had an unrestrained minor child in the vehicle. Gibson was released from custody on November 1, 2015, on his own recognizance.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

The defendant shall be confined in the custody of the Bureau of Prisons for a period of 7 consecutive days, as arranged by the probation office, and shall abide by all rules and regulations of the designated facility.

Christopher Allen Gibson
Docket No. 7:05-CR-117-1F
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ J. Brock Knight<br>J. Brock Knight<br>U.S. Probation Officer<br>2 Princess Street, Suite 308<br>Wilmington, NC 28401-3958<br>Phone: 910-679-2030<br>Executed On: November 16, 2015 |

### ORDER OF THE COURT

Considered and ordered this 17th day of November, 2015 and ordered filed and made a part of the records in the above case.

James C. Fox
James C. Fox
Senior U.S. District Judge