IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:05-CR-117-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CHRISTOPHER ALLEN GIBSON | ) | |

This matter is before the Court on defendant's request to the Federal Bureau of Prisons (BOP) that his federal sentence upon revocation of his supervised release be served concurrently with two North Carolina state terms of imprisonment and on the BOP's request for the Court's position with respect to a retroactive designation. It is the Court's intention that defendant's federal sentence be served consecutively to his state terms of imprisonment.

SO ORDERED, this /  day of February, 2019.

TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE